# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

AGASHA CARVALHO

No. 1:25-mj-00XXX-JCN

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jose G. Rodriguez-Aguilar, being first duly sworn, hereby deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2022. I am currently assigned to the Boston Division, Bangor Resident Agency, of the FBI. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including the production, possession, and receipt/distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 18, United States Code, Section 2251(a) (Production of Child Pornography) has been committed by Agasha Carvalho

("CARVALHO"). This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested complaint and arrest warrant.

## STATEMENT OF PROBABLE CAUSE

4.  On September 17, 2025, a federal search warrant was issued in the District of Maine (Bangor) for CARVALHO's residence located at 201 Main Road, Building 7, Apartment B, Milford, Maine 04461. This search warrant authorized law enforcement to search CARVALHO's residence for, among other things, Child Sexual Abuse Material ("CSAM"). The warrant was executed on September 18, 2025.

5.  During the search of the residence, a computer room was located with a desktop computer turned on and logged on. The computer was logged onto the computer user account of "Agasha." The computer had three monitors attached and in use which displayed various tabs of information including "Maine Geeks," "Facebook," "Google," "shopping," and other related materials on the screen.

6.  Law enforcement performed a live preview of the desktop on scene. During a review of the computer tabs that were open, law enforcement observed that CARVALHO had an open Facebook Messenger tab with an active message thread with Female Minor Child A ("MV-1") that was as recent as September 2025. I have met MV-1 and can confirm that she is currently 17 years old. In October of 2024, she was 16 years old. I can also confirm that between October and December of 2024, MV-1 was living with CARVALHO in Hermon, Maine.

7.  Investigators noted that the Internet Explorer application was logged onto multiple Google accounts to include the account with the name "Agasha Carvalho" and linked email address of "agashacarvalho@gmail.com." Upon law enforcement viewing the cloud storage account "Google Drive" of email address

"agashacarvalho@gmail.com," law enforcement observed various photographs of CARVALHO, confirming that he is the likely primary and sole user of that account. Law enforcement noted that CARVALHO's Google Drive and/or Google account contained over 500 GB of data, to include thousands of photos and videos.

8. During a live preview of the cloud storage account "Google Drive" linked to "agashacarvalho@gmail.com," law enforcement observed CSAM of MV-1 during the time period of October 2024. Law enforcement observed that the CSAM was produced by CARVALHO during sexual acts with MV-1. It was also observed that the CSAM was uploaded to CARVALHO's Google Drive by an Apple, Inc. product, likely an Apple iPhone. The CSAM images of MV-1 were within the Google Drive with an "HEIC[1]" file extension, which is known to be the raw file format from Apple products. Based on my knowledge and experience, Apple products are primarily manufactured in China and India. I am aware of no Apple products manufactured in the United States.

9. Law enforcement located an image of CSAM with MV-1 and CARVALHO within the Google Drive "Photos" section. Specifically, the image depicts MV-1 engaged in sexual intercourse with CARVALHO, with his penis inserted into her vagina while

---

[1] When you take a photo on your IOS Device like iPhone or iPad, the image – or images, in the case of dual cameras and live photos – is saved as an HEIC file. HEIC stands for High Efficiency Image Container. The format is an updated variant of the High Efficiency Image Format (HEIF), traditionally used by Apple across its mobile devices. Apple uses HEIC for HEIF images. HEIF essentially saves images in higher quality than JPEG while also using less space thanks to advanced compressive technology. This space-saving file format uses High Efficiency Video Coding (HEVC) to compress and store images on device drives — taking up half the space of other image file formats, like JPEGs. Each HEIC file uses the .heic or .heics file extension, depending on the number of images inside. The file also contains the relevant metadata describing each image's size, resolution, location, and more. The HEIC file format is the RAW file format in the Apple ecosystem. (https://www.adobe.com/creativecloud/file-types/image/raster/heic-file.html)

MV-1 sits on CARVALHO facing him. Within the CSAM image, CARVALHO's face is fully visible, and it is observed that he is staring directly into the camera. The metadata of the image showed during live preview that the image was created on or about October 17, 2024. Additionally, when the image was extracted from the cloud storage and forensically preserved, the image was then viewed as an HEIC file using a digital forensic workstation. This image is attached under seal as Exhibit 1. The metadata on the HEIC file displayed that the device used to capture the photo was an Apple iPhone 14 pro. Law enforcement confirmed that the female within the image appears to be MV-1 due to a distinct birth mark on the buttocks of MV-1, which has been seen in other sexual images of MV-1. Specifically, law enforcement found images of MV-1 on CARVALHO'S Google account where she is looking at the camera and bending over in underwear and a bra where the distinct birthmark on her buttocks can be seen. The two images are attached under seal as Exhibit 2. Additionally, law enforcement located a video of MV-1 dancing on a stripper pole at CARVALHO's residence. This video was date stamped the same day and near the same time of the production of the CSAM image.

10. Law enforcement located another image of CSAM of MV-1 and CARVALHO within the Google Drive "Photos" section. The image depicts MV-1 engaging in oral sex with CARVALHO by inserting his penis into her mouth. The entire face of MV-1 is visible in the image. Additionally, the background of the image displays the inside of the residence of CARVALHO. Distinct features of the inside of CARVALHO's residence seen in the image include a unique carpet on the floor, a stripper pole mounted in the living room, and a one-person chair with a unique pattern that was located within the current residence of CARVALHO in Milford, Maine. During an interview of CARVALHO on September 18, 2025, he confirmed that he primarily

lives alone. CARVALHO has had a history where other females have lived with him in Hermon, Maine, but no African American males have lived with him. Law enforcement believes that CARVALHO is the male within the CSAM image with MV-1. This image is attached under seal as Exhibit 3.

11. During the live preview of CARVALHO's Google drive "Photos" section, law enforcement located approximately 25 images and 6 videos of MV-1 and CARVALHO engaging in sexually explicit conduct. Four of the videos involve sexual intercourse between MV-1 and CARVALHO. Two of the videos involve MV-1 inserting CARVALHO's penis into her mouth for oral sex. The videos vary in duration, from 16 seconds as the shortest video, to 1 minute 46 seconds long as the longest video.

12. I, Jose G. Rodriguez-Aguilar, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Respectfully submitted,

Jose G. Rodriguez-Aguilar
Special Agent
FBI

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 26 2025

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title